**FILED**
MAR 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARILYN A.M. WMS. HAWKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOVERNMENT OF THE DISTRICT )<br>OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 08 0669 |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

Plaintiff alleges that her late husband, Derron Hawkins, was an employee of the District of Columbia and was covered by a group life insurance policy. She brings this "FEGLI life insurance claim" to recover benefits allegedly owed to her or to her late husband's estate.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 C.F.R. §1332(a). The facts alleged do not appear to raise a federal question. Because all parties appear to reside or conduct business in the District of Columbia, plaintiff does not establish diversity of citizenship. For this reason, the complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion will be issued separately on this

same date.

                                                     /s/ Rosemary M. Collyer
                                                    United States District Judge

Date: 3/25/08