**FILED**
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARILYN A.M. WMS. HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08 0669 |
| v. ) | |
| ) | |
| GOVERNMENT OF THE DISTRICT ) | |
| OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge

Date: 3/25/08