FILED

JUL -9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARILYN A.M. WMS. HAWKINS,          :
                                     :
         Plaintiff,                  :
                                     :
v.                                   :    Civil Action No. 08-0669
                                     :
GOVERNMENT OF THE                    :
DISTRICT OF COLUMBIA, *et al.*,      :
                                     :
         Defendants.                 :

## ORDER

Now before the Court is Plaintiff's Motion for Reconsideration, which the court construes this as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). Having reviewed the motion and the record, there is no basis for granting the relief plaintiff requests. Accordingly, it is hereby

ORDERED that plaintiff's motion for relief from judgment is DENIED.

SO ORDERED.

*[signature]*
United States District Judge

Date: 6/30/2008